ACCEPTED
03-14-00676-CR
6685580
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/27/2015 3:24:03 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00676-CR

| | | |
|---|---|---|
| ANGELITA RODRIGUEZ PACHECO, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| | § | THIRD DISTRICT |
| VS. | § | |
| | § | |
| | § | |
| THE STATE OF TEXAS, | § | AUSTIN, TEXAS |
| Appellee | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/27/2015 3:24:03 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

This motion is presented by the State of Texas, by and through the undersigned Assistant District Attorney, and in support would show:

I.

The Appellant's brief was filed on July 28, 2015. The brief for the State of Texas, Appellee, is due on August 27, 2015.

II.

The undersigned serves as an Assistant District Attorney in the 33rd and 424th District Attorney's office in Burnet, Texas. In the time since the Appellant submitted her brief, the undersigned has been required to take on additional day-to-day responsibilities as a result of the departure of another Assistant District Attorney from the 33rd and 424th District Attorney's office, leaving only the undersigned and one other Assistant District Attorney to manage the general felony criminal docket

for Burnet County.  As a result, in the last month the undersigned has been required to prepare three cases for trial (on August 3rd, August 11th, and August 17th) and managed nine criminal docket settings and one Grand Jury setting.  These circumstances have not afforded the time to perform the research necessary to adequately address the points raised by the Appellant in his brief.

### III.

In this case Appellant raises four issues which will require extensive research and a thorough familiarity with the trial record to adequately address.  The undersigned will need an additional 60 days to prepare and file the Appellee's Brief in this case.  This is the first motion for extension of time that the State of Texas has sought in this case.

### PRAYER

The State of Texas, in consideration of the facts and circumstances set forth herein above, prays the Court grant this motion and extend the due date for the Appellee's Brief to October 26, 2015.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643

| Telephone | Telecopier |
| --- | --- |
| (325) 247-5755 | (325) 247-5274 |

/s/ R. Blake Ewing

By: _____

R. Blake Ewing
Assistant District Attorney
State Bar No. 24076376
ATTORNEY FOR APPELLEE

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded on the 27th day of August 2015, to Mr. Gary Prust, Attorney for Appellant, by facsimile and/or by email at gary@prustlaw.com

/s/ R. Blake Ewing

_____

R. Blake Ewing
Assistant District Attorney